Respectfully submitted,


/s/:          John Thrasher
John Thrasher, Att'y. No. 1074-49
Counsel for Plaintiff
818 Chaplewood Blvd.
Indianapolis, IN 46214
Ph.  317-366-1087
I have no facsimile machine
john_thrasher@yahoo.com
johnthrasher529@gmail.com

## VERIFICATION

Come now Stanley Shroyer, President, and Samuel Shroyer, Secretary of Shroyer Bros., Inc., Plaintiff herein, and under the penalties for perjury verifies that the statements of fact appearing in the attached Complaint are true, accurate and correct from the best of my first hand information and experience.


/s/:          Stanley Shrowyer
Stanley Shroyer, President, SBI


/s/:          Samuel Shroyer
Samuel Shroyer, Secretary, SBI